UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAYSHAWN CASANOVA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020

No. 17 CR 506-10 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On July 21, 2020, Defendant Rayshawn Casanova ("Defendant"), who is currently housed at United States Penitentiary Big Sandy, 1197 Airport Road, Inez, Kentucky, filed a motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). On July 31, 2020, the Court conducted a telephonic hearing, during which the extent of the spread of the Coronavirus Disease of 2019 ("COVID-19") at United States Penitentiary Big Sandy and Defendant's medical condition were called into question.

The Government represents that United States Penitentiary Big Sandy is well-equipped to administer COVID-19 tests to its inmates. However, Defendant to date has not been tested. Accordingly, it is ORDERED that United States Penitentiary Big Sandy immediately administer a COVID-19 test to Defendant Rayshawn Casanova and produce the results of such test to the Court on or before August 14, 2020, or as soon as practically possible.

To aid in further developing the medical record for Defendant, who represents that he suffers from asthma and is at heightened risk of complications due to COVID-19, it is further ORDERED that United States Penitentiary Big Sandy make arrangements for Defendant Rayshawn Casanova (1) to undergo medical testing sufficient to determine the extent and severity of his asthma, and (2) to be examined by a licensed pulmonologist. The examining pulmonologist is directed to render a written determination as to (1) the extent and severity of Defendant Rayshawn Casanova's asthma and (2) whether Defendant Rayshawn Casanova would benefit from additional treatment for his asthma,

including but not limited to his being prescribed an Albuterol nebulizer or any other medication such as Singulair or Loratadine. The results of all such tests and examinations, and the written opinion of the examining pulmonologist, shall be produced to the Court on or before September 4, 2020.

The Court directs the Government to serve a copy of this order on United States Penitentiary Big Sandy and the Bureau of Prisons.

Dated: July 31, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge