USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

    -against-

RAYSHAWN CASANOVA,

                  Defendant.

No. 17-CR-506-10 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By order dated July 31, 2020, the Court directed, *inter alia*, that the United States Penitentiary Big Sandy, 1197 Airport Road, Inez, Kentucky, make arrangements for Defendant Rayshawn Casanova, an inmate, (1) to undergo medical testing sufficient to determine the extent and severity of his asthma, and (2) to be examined by a licensed pulmonologist. According to medical documents submitted to the Court, an examination of Defendant by Dr. Ayesha Sikder took place on August 28, 2020. Dr. Sikder recommended, among other things, that Defendant receive the medications Symbicort and Singulair. At a telephonic hearing held on September 9, 2020, the Defendant stated that he had not yet received those medications. While the Government states that a medical officer at the United States Penitentiary Big Sandy submitted a request for the medications to the Chief Pharmacist for the Mid-Atlantic Region of the Bureau of Prisons on September 3, 2020, no assurance or estimate could be provided to the Court as to when Defendant may actually receive the medications.

Accordingly, the Court directs the Bureau of Prisons to provide forthwith to Defendant Rayshawn Casanova all medications necessary and recommended by Dr. Sikder and any other medical experts following Defendant's Court-ordered medical examinations.

The Court directs the Government to serve a copy of this order on United States Penitentiary Big Sandy and the Bureau of Prisons. The Court further directs the Government to provide the Court an

update regarding the Bureau of Prison's compliance with this Order by September 23, 2020, at 12:00 P.M.

Dated:   September 16, 2020            SO ORDERED:
         White Plains, New York

                                       NELSON S. ROMÁN
                                       United States District Judge