UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2023_

UNITED STATES OF AMERICA,

                              Petitioner,

        -against-

RAYSHAWN CASANOVA,

                              Respondent.

Case No. 17-CR-506-10 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

        On September 12, 2019, Defendant Rayshawn Casanova ("Casanova" or "Defendant") was
sentenced to sixty months (60) of imprisonment after pleading guilty to the lesser included offense
in Count 10 (18 U.S.C. § 924(c)(1)(A)(i)) of the Superseding Indictment.  (ECF No. 210,
Judgment).  On March 9, 2022 Defendant, moving *pro se*, filed a motion for a sentence
reduction/compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking to be released
from incarceration due to on various health conditions and his purportedly increased risk of
complications from COVID-19.  (ECF No. 430).  At the time that Defendant made his motion for
a sentence reduction, he had only 75 days left of his incarceratory sentence.  (*Id.*)  The Government
was directed to respond to Defendant's motion on or before March 17, 2022, but failed to do so.
(ECF No. 431.)

        Upon the Court's review of the docket and search through the inmate locator managed by
the Federal Bureau of Prisons[1], the Court finds that Defendant has been released from federal
prison as of April 21, 2022.  Defendant's application for a sentence reduction/ compassionate
release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED as MOOT.

---

[1]        *See* https://www.bop.gov/inmateloc.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 430.  The Clerk of the Court is directed to mail a copy of this Order to Defendant at the following address: Rayshawn Casanova, 309 Brookside Way, Canton, Georgia, 30114, and show service on the docket.

Dated: July 14, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE