USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

RAYSHAWN CASANOVA

No. 17-CR-506-10 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge,

    Defendant Rayshawn Casanova, through his counsel, Deborah Colson, submitted a letter to the Court, dated June 13, 2024, requesting the Court issue a proposed order directing Hudson County Correction Center to "immediately arrange for [Defendant] to be transported to any necessary follow-up appointments related" to an injury Defendant suffered while incarcerated. (ECF No. 498).

    On June 20, 2024, the Court directed the Government to respond, which it did on June 21, 2024. (ECF Nos. 499, 500). In that response, the Government indicated that it had discussed Defendant's medical treatment with Hudson County Correctional Center and learned that: (1) Defendant's recovery was consistently monitored by the Correctional Center's medical staff; (2) that Defendant's cast and pins located in his finger following Defendant's injury have been removed; (3) that Defendant had received follow-up X-rays and was seen by physical therapists to evaluate the functionality of his hand; and (4) that additional follow-up appointments with occupational therapists were scheduled in July. (*See generally* ECF No. 500).

In light of the Government's representations, Defendant's request is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 498.

Dated: June 26, 2024
      White Plains, NY

                                             Nelson S. Roman
                                    United States District Court Judge